## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| **CHARLES CRIM,** | |
| **Plaintiff,** | C.A. No: 1:26-cv-00058-RGA |
| **v.** | |
| **PHILLIPS & COHEN ASSOCIATES LTD. PCA ACQUISITIONS V, LLC, AND SYNCHRONY BANK** | |
| **Defendants.** | |

### NOTICE OF SETTLEMENT

Plaintiff Charles Crim ("Plaintiff"), and defendants Phillips & Cohen Associates Ltd., PCA Acquisitions V, LLC, and Synchrony Bank (collectively "Defendants"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and Plaintiff expects to file a Dismissal with prejudice within the next sixty (60) days. Plaintiff requests that this Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: May 4, 2026

Respectfully submitted,

By:  _s/ Antranig Garibian_
Antranig Garibian, Esq.
Brandywine Plaza East
1523 Concord Pike, Suite 400
Wilmington, DE 19803
Tel: (302) 722-6885
_Attorneys for Plaintiff_
_Charles Crim_

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

By:  *s/ Antranig Garibian*

2