**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **CHARLES CRIM**<br><br>                          **Plaintiff,**<br><br>v.<br><br>**PHILLIPS & COHEN ASSOCIATES, LTD.,**<br>**PCA ACQUISITIONS, V, LLC, AND**<br>**SYNCHRONY BANK,**<br><br>                          **Defendants.** | **Case No: 1:26-cv-00058-RGA** |

## NOTICE OF DISMISSAL

Plaintiff Charles Crim, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby requests that this action, and each and every count and claim asserted therein, be dismissed with prejudice as to all Defendants in this action. No defendant has filed an answer or motion for summary judgment.

Dated: May 27, 2026

Respectfully submitted,

By:  s/ Antranig Garibian
Antranig Garibian, Esq.
Brandywine Plaza East
1523 Concord Pike, Suite 400
Wilmington, DE 19803
Tel: (302) 722-6885

*Attorneys for Plaintiff*
*Charles Crim*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

By:  *s/ Antranig Garibian*